UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-52 |
| v. | * | SECTION: "T" |
| RICHARD YUAN LI | * | |
| | * | |

* * *

## FACTUAL BASIS

The defendant, **RICHARD YUAN LI** (hereinafter, the "defendant" or "**LI**"), has agreed to plead guilty to Count One of the Superseding Indictment now pending against him, charging him with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Sections 1349 and 1343. Should this matter proceed to trial, both the Government and the defendant, **RICHARD YUAN LI**, do hereby stipulate and agree that the following facts set forth a sufficient factual basis for the crime to which the defendant is pleading guilty. The Government and the defendant further stipulate that the Government would have proven, through the introduction of competent testimony and admissible, tangible exhibits, the following facts, beyond a reasonable doubt, to support the allegations in the Superseding Bill of Information now pending against the defendant:

### Definitions

The Government would establish, through the testimony of Federal Bureau of Investigation (FBI) Special Agent Clinton McLean, that a "SIM Swap Scam" was a type of cellular phone account takeover fraud that targeted accounts, allowing a text message or phone call to be used for authentication to obtain access to the account. One way a SIM Swap occurs is by a perpetrator

AUSA
Defendant
Defense Counsel

contacting a victim's wireless cellphone carrier, purporting to be the victim, and informing the call center employee he has a new cellphone. The call center employee then switches the subscriber identification module ("SIM card") linked to a victim's phone number to one in the possession of a perpetrator. Thereafter, all incoming calls and text messages will be routed to the phone with the new SIM card. Another way to affect a SIM Swap scam is to bribe or conspire with an employee of a cellular phone company, sometimes called a "plug," to switch the SIM card linkedto a victim's phone number to one in the possession of a perpetrator. Once a perpetrator is able to swap the SIM card, he can then pose as the victim with an online account provider, including email account providers and banks, and request that online account providers send account reset links or an authentication code to the SIM-swapped device controlled by the perpetrator or his co- conspirators. One or more members of the conspiracy can then reset the victim's account log-in credentials (*e.g.,* username and password), even if the victim has tried to secure the account by requiring that an authentication code by sent ("two-factor authentication"). Perpetrators can then use the new log-in credentials to access a victim's online accounts without authorization and gain control of the contents of the accounts, including email accounts, bank accounts, and cryptocurrency accounts.

The Government would further establish, through the testimony of Special Agent McLean, that "cryptocurrency" is a type of currency that uses digital files as money. Usually, the files are created using the same methods as cryptography (the science of hiding information). Digital signatures can be used to keep the transactions secure, and let other people check that the transactions are real. Cryptocurrencies use decentralized control as opposed to centralized digital currency and central banking systems. The decentralized control of each cryptocurrency works through distributed ledger technology, typically a blockchain that serves as a public financial transaction

AUSA  JG
Defendant
Defense Counsel

database enforced by a disparate network of computers. Cryptocurrencies allow for the secure payments online which are denominated in terms of virtual "tokens," which are represented by ledger entries internal to the system. Thousands of distinct types of cryptocurrencies exist. A cryptocurrency "wallet" stores the public and private "keys," or "addresses," which can be used to receive or spend the cryptocurrency. With the private key, it is possible to write in the public ledger, effectively spending the associated cryptocurrency. With the public key, it is possible for others to send currency to the wallet. Consequently, whomever has the key controls, and can spend, move, and divert, the corresponding cryptocurrency.

**Background**

The Government would establish, through the introduction of documentary evidence and testimony of Victim A, that Victim A was a resident of New Orleans, Louisiana, within the Eastern District of Louisiana. Victim A was a physician who operated a medical practice in New Orleans. Victim A subscribed to cellular phone service provided by Phone Company A with cellular phone number (504) 352-XXXX. Victim A used multiple email accounts hosted by Google and America Online ("AOL"), including xxxxxxx@gmail.com and xxxxxx@aol.com (collectively, "Victim A's email accounts"). Victim A held and owned multiple cryptocurrency accounts, including with Binance, Bittrex, Coinbase, Gemini, Poloniex, ItBit, and Neo Wallet.

The Government would establish, through the introduction of documentary evidence and testimony of Victim B, that Victim B was a resident of the State of Arizona. Victim B subscribed to cellular phone service provided by Phone Company A with cellular phone number (480) 466-XXXX. Victim B used email accounts hosted by Google and Apple, Inc. ("Apple"), including xxxxxxx@gmail.com and xxxxxx@me.com (collectively, "Victim B's email accounts"). The

3

AUSA *JG*
Defendant
Defense Counsel

Google and Apple service providers' computers associated with Victim B's email accounts constituted protected computers, as that term is defined in Title 18, United States Code, Section 1030(e)(2). Victim B held and owned multiple cryptocurrency accounts, including with Neo Wallet.

**SIM Swap Scam**

The Government would establish, through the testimony of Special Agent McLean and documentary evidence, that **LI** participated in an extensive SIM Swap scam in 2018. The Government would establish, through the introduction of documentary evidence, that B.P. was a high school classmate and friend of **LI**. Beginning on or about January 3, 2018, B.P. and **LI** discussed ways they could get two Apple iPhones for the price of one by defrauding Apple, Inc. ("Apple"). In particular, **LI** told B.P., "Can we try something where we get both a refund and replacement and you give me a replacement so you get 2 phones AND your money back[?]" **LI** offered B.P. fifty dollars to participate in the scheme. B.P. agreed.

The Government would establish, through documentary evidence from Phone Company A and Apple, acting at the direction of **LI** and known and unknown co-conspirators of **LI'S**, B.P. purchased an Apple iPhone 8 on or about January 3, 2018. On or about January 5, 2018, **LI** coordinated with his co-conspirators to contact Apple customer service via telephone. While impersonating B.P., **LI's** co-conspirator, with **LI's** coordination, falsely stated that B.P. had not received the Apple iPhone 8 and requested a replacement iPhone. In fact, B.P. had already received an Apple iPhone 8. Thereafter, on or about January 7, 2018, Apple sent a second Apple iPhone 8 bearing International Mobile Equipment Identity number 356703087816582 ("the Apple iPhone

4

AUSA JG
Defendant
Defense Counsel

8") to B.P. Once B.P. received the AppleiPhone 8, he gave it to **LI**. On or about January 23, 2018, **LI** registered the Apple iPhone 8 using his email address, ryliXXXX@me.com.

The Government would establish, through the testimony of Special Agent McLean and documentary evidence, including information obtained during reviews of **LI'S** electronic devices and online accounts seized during the execution of search warrants, that **LI** participated in unauthorized SIM Swaps with his co-conspirators that targeted at least forty (40) phone numbers that were assigned to people other than **LI** or his co-conspirators between on or about July 19, 2018, and December 6, 2018, including Victim A and Victim B, for the purpose of obtaining money and property for the account holders without their knowledge or authorization.

*Victim A*

The Government would further establish, through documentary evidence and eyewitness testimony, that on or about November 10, 2018, **LI** communicated online with other known and unknown individuals about targeting Victim A for SIM swapping and cryptocurrency theft. Shortly thereafter, one or more members of the conspiracy swapped Victim A's telephone number to a SIM card contained in the Apple iPhone 8, which was then possessed and controlled by **LI** in the San Diego, California area. The SIM Swap of Victim A caused, among other things, the transmission of a series of writings, signs, signals, and sounds that traveled in interstate commerce, including between the States of Florida, Louisiana, and California.

The Government would further establish, through documentary evidence and eyewitness testimony, that on or about November 10, 2018, one or more members of the conspiracy caused password reset information and codes for Victim A's Google email account to be sent via text message to the phone controlled by **LI**. One or more members of the conspiracy then accessed,

5

AUSA
Defendant
Defense Counsel

without authorization, Victim A's email accounts. One or more members of the conspiracy also attempted to gain access to Victim B's Binance, Bittrex, Coinbase, Gemini, Poloniex, ItBit, and Neo Wallet crypto currency accounts without Victim A's knowledge or authorization.

The Government would further establish, through the introduction of documentary evidence, audio recordings, and the testimony of eyewitness individuals, that on or about the evening of November 10, 2018, Victim A regained service to Victim A's cellular phone. Shortly after Victim A regained service, one or more members of the conspiracy contacted Victim A via telephone. The caller told Victim A that he had viewed pictures stored in Victim A's Gmail account. The caller also identified the cryptocurrency accounts Victim A held along with the approximate account balances of each account. The caller told Victim A to pay him 100 Bitcoin to prevent the pictures from being released and the contents of Victim A's cryptocurrency accounts from being taken. Victim A refused.

The Government would further establish, through the introduction of documentary evidence and eyewitness testimony, that once Victim A learned of the SIM Swap, Victim A successfully froze several of Victim A's cryptocurrency accounts before one or more members of the conspiracy depleted them completely. Before Victim A was able to freeze all of Victim A's cryptocurrency accounts, however, the members of the conspiracy stole cryptocurrency belonging to Victim A stole cryptocurrency belonging to Victim A by transferring it to a location controlled by one or more of the co-conspirators and then shared in the proceeds. The Government would further establish that, among the cryptocurrency lost by Victim A as a result of the scheme described above was approximately 4.3 Bitcoin, which held a value at the time of the intrusion of approximately $27,343.70. One or more members of the conspiracy also used approximately $87,822 stored in another cryptocurrency account belonging to Victim A to purchase Bitcoin,

AUSA
Defendant
Defense Counsel

which they were unable to transfer out of Victim A's account. This series of transactions resulted in an additional loss to Victim A of at least $29,773.80. In total, Victim A suffered an actual loss of at least $57,117.50, which was a portion of the value of Victim A's entire cryptocurrency holdings at the time of the intrusion.

The Government would further establish, through the introduction of documentary and testimonial evidence, that on or about June 14, 2019, law enforcement authorities executed a lawfully issued search warrant at **LI'S** residence in Argo Hall. Among the items seized was an Apple MacBook Pro that belonged to **LI**, which included the text messages, among others, that connected **LI** to the SIM Swap scam that victimized and defrauded Victim A. Messages **LI** exchanged with his co-conspirators between on or about November 10, 2018, and on or about February 24, 2019, further establish that **LI** was actively involved in the conspiracy to defraud Victim A in the manner described above, was aware of Victim A's identity, profession, and location, and shared in the proceeds of the scheme to defraud Victim A (*i.e.*, received a portion of Victim A's stolen cryptocurrency). Other messages **LI** exchanged with his co-conspirators also reflected that **LI** was aware that his conduct was both illegal and traceable to him by law enforcement authorities.

*Victim B*

The Government would further introduce documentary evidence and witness testimony that **LI** participated in the unauthorized SIM Swap of Victim B. Specifically, on or about December 4, 2018, Victim B's telephone number was swapped to a SIM card contained in the Apple iPhone 8, which was then in **LI'S** control. The SIM swap was coordinated and facilitated by one or more members of the conspiracy through one or more of the means described above. Thereafter, on or about December 4, 2018, one or more members of the conspiracy caused password reset information

AUSA JG
Defendant
Defense Counsel

and codes for Victim B's Apple email account to be sent via text message to the phone controlled by **LI**. One or more members of the conspiracy then accessed, without authorization, Victim B's personal email accounts. Thereafter, one or more members of the conspiracy also stole approximately 505 Neo Coins belonging to Victim A, which held a value at the time of the intrusion of approximately $4,000. **LI** and the Apple iPhone 8 were in the San Diego, California area at the time of the Swap of Victim B. Messages **LI** exchanged with his co-conspirators on or about February 24, 2019, including a screen capture from the Apple iPhone 8, that **LI** sent to one of his co-conspirators, further establish that **LI** was actively involved in the conspiracy to defraud Victim B in the manner described above.

The Government would further establish through the introduction of documentary evidence and eyewitness testimony that, on or about March 5, 2019, **LI** sold the Apple iPhone 8 to a friend, E.W.

The above facts would be proven at trial by credible testimony from investigators with the Federal Bureau of Investigation, forensic examiners from the FBI, Victim A, Victim B, other witnesses, documents, and electronic devices in the possession of the FBI, and the voluntary statements of the defendant, **RICHARD YUAN LI**.

AUSA JG
Defendant
Defense Counsel

**Limited Nature of Factual Basis**

This proffer of evidence is not intended to constitute a complete statement of all facts known by **DEFENDANT** and the Government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for his guilty plea. The limited purpose of this proffer is to demonstrate there exists a sufficient legal basis for the plea of guilty to the charged offense by **DEFENDANT**.

**APPROVED AND ACCEPTED:**

_____        5/17
RICHARD YUAN LI                                    Date
Defendant

_____        5/17/22
BRUCE ASHLEY                                          Date
Attorney for Defendant Li

_____        5/17/22
CYNTHIA CIMINO                                     Date
Attorney for Defendant Li

_____        5-17-22
JORDAN GINSBERG                                  Date
(Illinois Bar Roll No. 6282956)
Assistant United States Attorney